WILLIAM B. VROOMAN, Appellant, *v.* EMMA I. VROOMAN, Respondent.

Argued October 7, 1946; decided November 14, 1946.

*Fred J. O'Donnell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. DYE, J., dissents.